UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT NORTHERN DIST. OF TX FILED 2020 MAR -5 PM 12: 50

*MY CASE CANNOT BE CLOSED ILLEGALLY TO COVER PROSTITUTION AND FRAUD DONE BY MEMBERS IN COURT WITH DEFENDANTS*

DEVABHAKTUNI MANOGNA
Plaintiff
(Blind because of Dasha Barton) (celestial centrifugal currents and force and gravity).

v.

3-20CV-0564X
Civil Action No.

DONALD TRUMPH, BARBARA M.G. LYNN, IRMA CARRILLO RAMIREZ, KELLY RENTZEL, DASHA BARTON, DAVID L HORAN, TALLEY RAY PARKER, KEVIN M CURLEY, ANDREW MESER, NICOLE HELENE MUNOZ, BRIAN WALTERS STOLTZ.
Defendant

COMPLAINT

On 03/01/2020 I have seen a man that got raped and murder with drugs by "Donald Trumph". "Donald Trumph" placed that body for more rape in the Park that is in the corner of Akard and young St and opposite to buildings. I saw a lady raping and leaving the man dead body by the time I reach dead man.

* Attach additional pages as needed.

*BARBARA M.G. LYNN IS CLOSING MURDER CASES ILLEGALLY AGAINST TO PLAINTIFF*

Date: 03/05/2020

Signature: [signature]

Print Name: D. MANOGNA

Address: 1818 CORSICANA STREET

City, State, Zip: DALLAS, TX - 75201

Telephone: STOLEN BY DASHA BARTON/KELLY RENTZEL

*Additional Page(s)

I saw the dead man carrying office back pack and waterbottle and orange pants and also valet and iphone.

Being heart specialist I walked on his heart using my spiritual centrifugal energy and powers to get man alive.

After he woke up he told me "Donald Trump raped him and took help in office and family members, and to rape him and dead bodies man doesn't want to call anyone in his family (or) office to take him home. so I dropped him off at dallas public library so that he can get help from Dallas police as I couldn't find them in that area.

I couldn't get him to the Bridge as he is loaded with nuclear uranium drugs and is heavy to carry him to the cops (or) the security (or) the bridge.

I asked people in the Dallas Public library sitting (or) sleeping in the night to help him and left to the bridge my self.

Sam not sure how much Barbara M.G. Lynn is doing prostitution with Donald Trump to close murder cases that are opened by me "Ravabhaktiwo Ramagna".

ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
_____ DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 NOV -8  PM 12: 05

DEPUTY CLERK _____

Plaintiff: Devabhaktuni Manogna

v.

Case Number: 3:19-CV-2216-G(BT)

Defendant: [redacted]

APOLOGIZE TO DAVID C GODBEY; Rebecca Rutherford

Duly respected Sir/Madam

Apologize me for the case that I created against to you. I had to open case about getting protection when I went through multiple sexual assaults especially during night times when I was sleeping on streets because of what happened once now y'all like company detonated one when I went to gas station on 08/29/2019. Also I was

*Attach additional pages as needed

Date: 11/08/2019

Signature: DManogna

Print Name: D. MANOGNA

Address: _____

City, State, Zip: _____

Telephone: 469-___-778-8965

*Additional Page(s)

under major brain hemmorage that happened and was drugged to get it cured by Texas health plano presbyterian hospital when I went to that hospital on 09/05/2019 I am totally allergic to medications(s) any kind of drugs. Soon after I am out of hospital I felt suddenly with dead smell and felt brain oil comming out smell and planned to go to india as I started seeing people blood blisters forming on my feet because of the Treatment they did on me during my hospitalization and also medicated me with some wrong drug and let me out which caused me to loose my apartments and life because of ~~drugs they~~ new york life attack on for forging to serve the summon.

I am totally sorry sir for being brutal and blowing on you. My mind was totally harassed sexually by M may attacking me sexually with smoking, drugs, sex and made me sick ~~where~~ as I couldn't complained to cop during that time as police station is closed at 9:00PM in the night and no cop is there to talk for me.

I have given my statement so aggressively when my mind was under attack of drugs they used along with sexual attacks on me in dallas downtown after I lost my apartment on 09/05/2019 because of newyork life attack on me for seeing and complaining sexual harassment happened on me.

ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FILED
2019 SEP 17 PM 2:30
DEPUTY CLERK

AS ALL OF MY PREVIOUS CASE HAVE BEEN CHANGED I NEVER EVER CHANGE MY JUDGE FROM DAVID C GODBEY

MANOGNA DEVABHAKTUNI, DAVID C GODBEY NEVER EVER CHANGE OR WORK ON MY CASES ABOUT MY JUDGE
Plaintiff

v. Civil Action No. 3-19CV-2240M

ALL IN THE COURT EXCEPT MANOGNA DEVABHAKTUNI, DAVID C GODBEY
Defendant

## COMPLAINT

- NEVER ASSIGN MY CASES TO ANY JUDGE EXCEPT DAVID C GODBEY
- ASSIGN ALL OF THEM TO DAVID C GODBEY
- REMOVE ALL THE JUDGES NAME THAT ARE ASSIGNED TO DIFFERENT PEOPLE RIGHT NOW RIGHT AWAY
- ASSIGN EVERY CASE UNDER MY NAME TO DAVID C GODBEY

* Attach additional pages as needed.

Date 09/17/2019

Signature D.Manogna

Print Name D MANOGNA

Address DAVID C GOD BEY

City, State, Zip

Telephone DAVID C GOD BEY PHONE NUMBER

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
HANOGNA DEVABHAKTUNI

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff COLLIN
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
HANOGNA DEVABHAKTUNI

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* NEVER EVER TOUCH MY CASES — Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | PERSONAL INJURY<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | PERSONAL INJURY<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>PERSONAL PROPERTY<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>PROPERTY RIGHTS<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| | | | LABOR<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | SOCIAL SECURITY<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | |
| REAL PROPERTY<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | CIVIL RIGHTS<br>☒ 440 Other Civil Rights<br>☐ 441 Voting<br>☒ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | PRISONER PETITIONS<br>Habeas Corpus:<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>Other:<br>☐ 540 Mandamus & Other<br>☒ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | IMMIGRATION<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | FEDERAL TAX SUITS<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
DON'T TOUCH MY JUDGE [illegible] NE
Brief description of cause:
MY JUDGE IS DAVID GODBEY C

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. DEMAND $ CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE DAVID GODBEY C DOCKET NUMBER

DATE 09/17/2019 SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

THIS IS BRUTAL
I CANNOT LET ANYONE WORK ON MY CASES WITH OUT MY CONCERN

MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
--Paper recipients:
Manogna Devabhaktuni<BR>2355 Lebanon Road #2107<BR>Frisco TX 75024<BR>US

Message-Id:<11793278@txnd.uscourts.gov>
Subject:Activity in Case 3:19-cv-02208-X-BN Devabhaktuni v. Rutherford Judge Starr
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 9/16/2019 4:38 PM CDT and filed on 9/16/2019

Case Name: Devabhaktuni v. Rutherford

Case Number: 3:19-cv-02208-X-BN
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?322213

Filer:

Document Number: 1
https://ecf.txnd.uscourts.gov/doc1/177112696471?caseid=322213&de_seq_num=4&magic_num=MAGIC&pdf_toggle_possible=1

Copy the URL address from the line below into the location bar of your Web browser to view the document:
1

Docket Text:
It should be david c godbey

New Case Notes: A filing fee has not been paid. CASREF case referral set and case referred to Magistrate Judge Horan (see Special Order 3). Case received over counter/electronically. No prior sanctions found. (For court use only - links to the <a href=https://pcl.uscourts.gov/pcl/index.jsf target=_blank>national</a> and <a href=http://sanction.txed.circ5.dcn/ target=_blank>circuit</a> indexes.) Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. (sre)

3:19-cv-02208-X-BN Notice has been electronically mailed to:

3:19-cv-02208-X-BN Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:

Manogna Devabhaktuni
2355 Lebanon Road #2107
Frisco TX 75024

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MANOGNA DEVABHAKTUNI,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:19-CV-3039-M-BH** |
| | ) | |
| **DAVID C. GODBEY, et al.,** | ) | |
| **Defendants.** | ) | |

**FINAL JUDGMENT**

This action having been duly considered and a decision duly rendered, pursuant to Federal Rule of Civil Procedure 58,

It is **ORDERED, ADJUDGED and DECREED** that:

1. This action is **DISMISSED** without prejudice based on the prior sanction orders in *Manogna Devabhaktuni v. Honorable David C. Godbey*, No. 3:19-CV-2216-G (BT) (N.D. Tex. Oct. 28, 2019), and *Manogna Devabhaktuni v. All in the Court*, No. 3:19-CV-2240-M-BK (N.D. Tex. Dec. 18, 2019).

2. The plaintiff is **BARRED** from filing **any** future lawsuits to the Northern District of Texas unless she first obtains leave of court from a district judge or magistrate judge through a proper motion for leave to file **and** pays the applicable filing fee. A proper motion for leave to file an action must be titled as a "Motion for Leave of Court to File Action" and must be accompanied by a copy of the plaintiff's proposed filing containing her original signature or that of her attorney and the applicable filing fee. For any future action submitted by the plaintiff for filing, either directly or indirectly by transfer, that is not accompanied by a proper motion for leave to file and the applicable filing fee, the Clerk of Court is directed to: open a new case for administrative purposes only; docket the plaintiff's filings and a copy of the judgment in this case

in that new case; and close the case without further order of the Court. Filings, other than a proper motion for leave or a notice of appeal, that are unaccompanied by a proper motion for leave to file and the applicable filing fee will not otherwise be addressed or acknowledged by the Court.

3. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**SIGNED this 16th day of January, 2020.**

Barbara M.G. Lynn

**BARBARA M. G. LYNN**
**CHIEF JUDGE**

Prostitute and Practice Judge to rule on my case.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** DEVABHAKTUNI MANOGNA

**DEFENDANTS** BARABARA-M-GLYNN, DONALD TRUMPH

(b) County of Residence of First Listed Plaintiff DALLAS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant DALLAS
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
NA

Attorneys *(If Known)*

RECEIVED
MAR - 5 2020
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☒ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☒ 445 Amer. w/Disabilities - Employment
- ☒ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☒ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Murder Case
Brief description of cause: Murder Case.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1 billion Dol
CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE KAREN MITCHELL DOCKET NUMBER

DATE 03/05/2020
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________